NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERTO O. TULIER,                     )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-1536
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____ )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley,
Judge.

Roberto O. Tulier, pro se.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.